**EXHIBIT A**

## EVIDENCE COLLECTED:
*Mark all that apply:*

| FROM: ✓ Crime Scene ___ Hospital ___ Other | STATEMENTS: |
|---|---|
| WITNESSES: Present During Domestic Violence: ___ Yes ✓ No | ___ Yes ✓ No |
| CHILDREN: Present During Domestic Violence: ___ Yes ✓ No | ___ Yes ✓ No |

*Give names, ages, DOB and emotional state of all witnesses/children present in Narrative*

FROM: ✓ Crime Scene ___ Hospital ___ Other
PHOTOS: ✓ Yes ___ No
Type: ___ 35 mm ✓ Polaroid   # of Photos: 02
Photos of Victim's Injuries: ___ Yes ✓ No
Photos of Suspect's Injuries: ___ Yes ✓ No
TAKEN BY: C. OVERSTREET ; Badge No.: 74

FROM: ✓ Crime Scene ___ Hospital ___ Other
WEAPONS: used during incident: ___ Yes ✓ No
booked: ✓ Yes ___ No
booked for safety: ___ Yes ✓ No
TYPE: _____

Use these diagrams to mark any injuries or physical oddities observed. Explain all injuries, including complained of injuries, in your narrative. (Diagrams are not gender specific.)

**VICTIM/SUSPECT**

NO MARKS

HT. 5'09"
WT. 145

**VICTIM/SUSPECT**

HT. _____
WT. _____

TO ALL HEALTH CARE PROVIDERS: Having been advised of my right to refuse, I hereby consent to the release of my medical records to law enforcement, the County Prosecutor's Office, the D.A.'s Office, and/or the City Prosecutor's Office.

Victim's Signature _[signature]_    Date 04-16-05

Witness's Signature _____    Date _____












EXHIBIT C

# Harrison County Sheriff's Department

## Citizen Complaint Report

**Complaint Information**
Name: FRANCES A WINN        Sex: F   Race: C   Age: 58
SSN: 428 88 2882              DOB: 1/8/1946
Address: 7448 Thompson Road Long Beach, MS 39560
Home Phone: 228 868-2446     Work Phone: SAME

**Complaint Type** - check appropriate box(s)
[✓] Improper Action          [ ] Arrest or Stop
[ ] Rudeness                 [✓] Harassment
[ ] Driving                  [ ] Poor Communications      [ ] Other
[✓] Unprofessional Action    [✓] Excessive Use of Force   (explain)

**The Incident**  Date: 4/16/05         Time: 3:30 TO MIDNITE
                        4/17/05               12 MIDNITE TO 8:30 AM
Location: HARRISON COUNTY JAIL FACILITY (HOLD CELLS)

Officer(s) Employee(s) Involved: (Name, ID #)
1. 1 Female Dep  2nd Shift
2. 2 Male Dep    2nd Shift

**Summary of Incident:** (additional space provided on back of form)
MADE TO STRIP IN FRONT ON MALE OFFICERS, SHOVED TO FLOOR BY MALE DEP, LOCKED IN HOLDING CELL WITHOUT LIGHTS, HARRESSED, INTIMIDIZED BY BEING SCREAMED AT AND BY DEPUTY BEATING ON CELL DOOR, THREATENED WITH BEING STRAPPED IN CHAIR, REFUSED MEDICAL TREATMENT, REFUSED RELEASE WHEN BAIL BOND WAS PRESENTED.

List All Witness(s) name, address and phone number:
THOMAS J WINN  7448 Thompson Rd Long Beach, MS 39560
                                              228 868-2446

I, Thomas Winn For FRANCES A WINN, do hereby affirm that the above allegations made by me in this citizen's complaint report, are to the best of my knowledge and belief, true and based on fact.

_____           Complainant's Signature
Supervisor Receiving Complaint       for Frances A Winn

_____
Date Received

## Citizen Complaint Report
## Supplement

My wife was continuously screamed at and harrassed by a female and male deputy while I was present in locked holding cell. She was screamed and pushed to the floor, she was stripped of her clothes and pushed into a cell with lights turned off. She threatened with not being released and held after bond was posted till the next morning after being sent to the general jail area. The deputy forced me (her husband) to bond out and denied her bond use. And held up my bond to show her I was leaving at that she had to stay to the morning of the next day (Sunday morning)

She was having mental problems and needed to be hospitalized NOT incarcerated

The above actions were said to be a type of control tactics

In reality they were violations of the civil rights by brutality

The sheriff stated that The above brutality was written for her by a control tactic

Thomas T Winn Jr

[signature]

She was bonded out under extreme mental deterioration and later sent to hospital for heart and mental evaluation