# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

Frances A. Winn and Thomas J. Winn

                Plaintiff

v.                                            Civil Action No.    1:07cv1019 LG-JMR

Harrison County, Mississippi; Harrison County Sheriff's Department; Sheriff George Payne, Individually and in His Official Capacity as Harrison County Sheriff; Rick Gaston, Individually and in His official Capacity; Phil Taylor, Individually and in His Official Capacity; Dianne Gatson-Riley Individually and In Her Official Capacity; Steve Campbell, Individually And In His Official Capacity; and unknown Defendants 1-10 Mississippi, Sergeant Bobby McLemore, and Officer Marc Lawson

                Defendants

### Notice of Service of Interrogatories or Requests for Production of Documents or Responses Thereto

**TO:**    Frances A. Winn

Pursuant to Uniform Local Rule 5.1©, notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) (Check as appropriate:

    x    Interrogatories to:                  Plaintiff, Frances Winn, by the Defendant Phil Taylor, Jr., in his Official and Individual Capacity

Requests for Production
of Documents to:


Requests for Admissions to:


Responses to Interrogatories of:


Responses to Requests for
Production of Documents of:


Responses to Requests for
Admission(s) of:


Pursuant to UNIFORM LOCAL RULE 5.1©, I acknowledge my responsibilities as the custodian of the original(s) of the document(s) identified above.



March 21, 2008                                            s/Cy Faneca
    Date                                                        Signature


                                      Cy Faneca, MSB #5128
                                            Typed Name & Bar Number


                    Attorneys for:   Defendant, Phil Taylor, in his Official and
                                     Individual Capacity