Frances A. Winn Th... Aug 19, 2008
verses Harrison County
Motion To Continue with
Court Proceedings

U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2008
J.T. NOBLIN, CLERK
BY_____ DEPUTY

Case No 1:07-CV-1019-LG-JMR

Please allow our case to continue in court on the scheduled date.

We have not been allowed to receive some of the documents we have requested.

And we are not normally given any notice of electronic filing.

Also the defense has received documents of ours without our knowledge.

Thomas J Winn
Frances A. Winn
~~7448 Thomas J. Winn Jr~~

7448 Thompson Rd
Long Beach, MS 39560

Certicate of Service

I have faxed you a copy of my request to continue our case as scheduled on this date 8/20/08

Thomas J Winn Jr
& Frances A Winn
Frances A. Winn

Thomas J Winn Jr.

To:
Cyril T Faneca
Dukes Dukes, Keating & Faneca
P.O. Drawer W Gulfport MS 39502-0680

Haley Necaise Broom  P.O Drawer W Gulfport MS 39502-0680
Dukes Dukes, Keating & Faneca PA

Joe Crawford Gewin
29 56th Street Gulfport MS 39507

Ian H Brendel
Jim Davis PA  P.O. Box 1521 Gulfport, MS 39502