IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANCES A. WINN and THOMAS J. WINN** | § § § | **PLAINTIFFS** |
| **v.** | § § | **CAUSE NO. 1:07CV1019-LG-JMR** |
| **HARRISON COUNTY, MISSISSIPPI, et al.** | § § | **DEFENDANTS** |

## JUDGMENT

This cause is before the Court on the Defendants' Motion for Summary Judgment [69], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment, pursuant to FED. R. CIV. P. 56 [69], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiffs' claims should be and are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 27th day of April, 2009.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE